ment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES E. MARBLE, Respondent, v. PRINCE PACKING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Finch, J., dissents.

FRANKLIN J. BURNHAM, Respondent, v. MAXWELL W. Ross and Others, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALMA CLAYBURGH, Appellant, v. ALBERT CLAYBURGH, Respondent. (Action No. 1.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALMA CLAYBURGH, Appellant, v. ALBERT CLAYBURGH, Respondent. (Action No. 2.) — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MINNA BERLOW, Respondent, v. ALEXANDER MILNE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX BERLOW, Respondent, v. ALEXANDER MILNE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHAUNCEY BELKNAP, as Assignee of HENRIETTA SARGENT LOWELL, Executrix, etc., of GUY LOWELL, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUIS FINE, Appellant, v. JOHN J. BUCKLEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES MUTH, Respondent, v. ALBERT J. CONTENTO, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SHERWOOD AUTOMOBILE CORPORATION, Respondent, v. THE CENTURY INSURANCE COMPANY, LIMITED, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

KENNETH BUTLER, an Infant, by His Guardian ad Litem, CHARLES NETIDA, Respondent, v. SIMON GINSBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORTIMER L. JACKSON, Doing Business, etc., Appellant, v. FULTON BINDERY, INC., Respondent.— Determination reversed, with costs and disbursements, and judgment of the Municipal Court affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COASTAL OIL FIELDS, INC., Appellant, v. MILLS BENNETT, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ELIZABETH A. FRENCH, Respondent, Appellant, v. THE CHEMICAL NATIONAL